IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| IN THE MATTER OF A SUBPOENA FOR CERTAIN INFORMATION ASSOCIATED WITH EMAIL ACCOUNT STORED AT THE PREMISES CONTROLLED BY APPLE INC. Reference Number 18R564 #4 | Case No. 19-MJ-129-B<br><br>Filed Under Seal |

## ORDER

This matter is before the Court on the United States' Motion to Seal the Application for 18 U.S.C. 2703(d), this Order and associated documents. The Court, after having considered the motion and finding that the best interests of this case will be served by sealing the documents for twelve (12) months, ORDERS that the Application for 18 U.S.C. 2703(d), this Order, and other associated documents in the above-captioned matter be sealed for twelve (12) months.

The Court FURTHER ORDERS that the case be under seal for a twelve (12) month period, unless the United States seeks and the court approves an extension.

DONE AND ORDERED this _____ day of _____, 2019.

U.S. Magistrate Judge Katherine P. Nelson

Digitally signed by U.S. Magistrate Judge Katherine P. Nelson
DN: cn=U.S. Magistrate Judge Katherine P. Nelson, o=Federal Judiciary, ou=U.S. Government, email=efile_nelson@alsd.uscourts.gov, c=US
Date: 2019.10.30 10:44:07 -06'00'

UNITED STATES MAGISTRATE JUDGE